UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------------------X
ORBIN COVACHUELA, individually and on behalf of all others similarly situated,

                           Plaintiff,

                         -against-

JERSEY FIRESTOP, LLC, DANIEL HINOJOSA, and DAVID HINOJOSA,

                           Defendants.
-------------------------------------------------------------------------------X

Civil Action No.
3:20-cv-08806

**STIPULATION**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties in the above-captioned action, that:

1. Plaintiff's Sixth Cause of Action in the Supplemental Complaint, for Retaliation under the FLSA, is hereby dismissed without prejudice. This stipulation shall have no effect on any other claims by Plaintiff.

2. Defendants' motion to dismiss the Sixth Cause of Action (ECF Document 23, filed on March 12, 2021) is withdrawn without prejudice.

3. This stipulation may be executed in counterparts and a facsimile or scanned version shall be considered an original for all purposes.

4. Attorneys for Defendants shall e-file this stipulation upon full execution thereof.

Dated: New York, New York
       March 23, 2021

| KATZ MELINGER PLLC | HALSBAND LAW OFFICES |
|---|---|
| By: */s/ Nicole Grunfeld*<br>Nicole Grunfeld<br>280 Madison Avenue, Suite 600<br>New York, New York 10016<br>T: (212) 460-0047<br>ndgrunfeld@katzmelinger.com<br>*Attorneys for Plaintiff* | By: s/David S. Halsband<br>David S. Halsband<br>Court Plaza South<br>21 Main Street, East Wing, 3d Fl.<br>Hackensack, New Jersey 07601<br>T: (201) 487-6249<br>david@halsbandlaw.com<br>*Attorneys for Defendants* |