**WORKING SOLUTIONS**

**July 7, 2025**

<u>Via ECF</u>

Honorable Tonianne J. Bongiovanni
United States District Court, District of New Jersey
402 East State Street
Trenton, New Jersey 08608

      Re:  *Covachuela v. Jersey Firestop, LLC et al.;* Civil Action No. 3:20-cv-08806
           Joint Status Update

Dear Judge Bongiovanni:

On June 29th Defendants' counsel notified Plaintiffs' counsel that Defendants intend to oppose Plaintiff's motion to amend the complaint. As such, the parties have met and conferred and agreed to the following proposed briefing schedule:

- Plaintiffs will file their motion to amend by August 15, 2025
- Defendants' will file their opposition by September 5, 2025; and
- Plaintiffs will file their reply by September 19, 2025.

Should the Court have any questions, please do not hesitate to contact the undersigned counsel.

                      Respectfully,

/s/ *Rachel Haskell*
**Rachel Haskell, Esq.**
**Counsel for Plaintiffs**

/s/ *Brad M. Kushner*
**Brad M. Kushner, Esq.**
**Counsel for Defendants**

It is on this <u>9th</u> day of <u>July</u>, 2025,
SO ORDERED.

s/Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni, U.S.M.J.