Katz Melinger, PLLC
Nicole D. Grunfeld, Esq.
370 Lexington Avenue, Suite 1512
New York, NY 10017
Phone: (212) 460-0047
Fax: (212) 428-6811
ndgrunfeld@katzmelinger.com

Working Solutions Law Firm, PLLC
Rachel M. Haskell, Esq. (pro hac vice)
80 Broad St., Suite 703
New York, NY 10004
Phone: (646)-430-7930
Fax: (646)-349-2504
rhaskell@workingsolutionsnyc.com

*Attorneys for Plaintiff and Opt-in Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ORBIN COVACHUELA, individually and on behalf of all others similarly situated, | Civil Action No.: 3:20-cv-08806-AET-TJB |
| Plaintiff, | Motion Date: September 15, 2025 |
| -against- | Judge: Hon. Tonianne J. Bongiovanni |
| JERSEY FIRESTOP, LLC, DANIEL HINOJOSA and DAVID HINOJOSA, | **ORAL ARGUMENT REQUESTED** |
| Defendants. | |

**NOTICE OF MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT UNDER FED. R. CIV. P 15(A) OR OTHERWISE ALLOW OPT-IN PLAINTIFFS TO INTERVENE UNDER FED R. CIV. P. 24**

To:    Brad M. Kushner
       Stevens & Lee
       1500 Market Street
       East Tower, Suite 1800
       Philadelphia, PA 19102

*Attorneys for Defendants*

**PLEASE TAKE NOTICE** that on September 15, 2025, or as soon thereafter as counsel may be heard, Plaintiff shall move before the Honorable Tonianne J. Bongiovanni, in the United States District Court for the District of New Jersey, Camden Division, located at Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street Room 2020, Trenton, NJ 08608, for an order granting Plaintiff's Motion for Leave To File A Second Amended Complaint Under Fed. R. Civ. P 15(a) or Otherwise Allow Opt-In Plaintiffs To Intervene Under Fed R. Civ. P. 24.

In support of this motion, Plaintiff will rely upon the accompanying (1) Memorandum of Law in Support of Plaintiff's Motion, (2) Certification of Rachel M. Haskell, Esq., together with Exhibits 1, and (3) a proposed Order.

Respectfully submitted,

Dated:    August 15, 2025
          New York, New York

/s/ Rachel M. Haskell
_____

Rachel Haskell
Law Office of Christopher Q. Davis
80 Broad Street, Suite 703
New York, NY 10004

Nicole D. Grunfeld
Katz Melinger, PLLC
370 Lexington Avenue, Suite 1512
New York, NY 10017

*Attorneys for Orbin Covachuela*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 15, 2025, I electronically filed the following documents:

- Notice of Motion for Leave to File Second Amended Complaint or Otherwise allow the Opt-in Plaintiffs to Intervene ("Motion to Amend");

- Plaintiff's Memorandum in Support of Motion to Amend;

- Certification of Rachel M. Haskell Esq., in Support of Plaintiff's Motion to Amend; and

- [Proposed] Order Granting Plaintiff's Motion to Amend.

with the clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Brad M. Kushner
Stevens & Lee
1500 Market Street
East Tower, Suite 1800
Philadelphia, PA 19102
brad.kushner@stevenslee.com

*/s/ Rachel M. Haskell*
Rachel M. Haskell